**Order entered May 27, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00233-CV**

## IN THE INTEREST OF C.J.P., O.R.P., B.H.P., CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-19-01286-X**

### ORDER

Appellant Mother, whose notice of appeal was filed untimely but within the grace period set forth in Texas Rule of Appellate Procedure 26.3, was ordered to file an extension motion in accordance with rule 26.3 no later than April 25, 2022. *See* TEX. R. APP. P. 26.3. To date, however, Mother has not complied. Accordingly, we **ORDER** the extension motion be filed **no later than June 3, 2022** and *caution that failure to comply will result in dismissal of Mother's appeal for want of jurisdiction.* *See* TEX. R. APP. P. 42.3(a); *Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional).

We note a supplemental clerk's record was filed May 23, 2022 correcting an error in a supplemental record filed May 20, 2022.  Accordingly, we **STRIKE** the May 20th record.

/s/    ROBBIE PARTIDA-KIPNESS
JUSTICE